UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION - IN ADMIRALTY

LA COMPAGNIE DES ILES DU PONANT,

    Plaintiff,

v.

THE CHAMPION-KAIL TRAVEL GROUP, INC.,

    Defendant.

CASE NO. _____

## COMPLAINT

COMES NOW Plaintiff, LA COMPAGNIE DES ILES DU PONANT (hereinafter "DU PONANT"), by and through its undersigned attorneys and for its Complaint against Defendant, THE CHAMPION-KAIL TRAVEL GROUP, INC. (hereinafter "CHAMPION"), and states as follows:

1. This case arises under this Court's admiralty and maritime jurisdiction under 28 U.S.C. §1333, as will more fully appear, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure as it involves the breach of a maritime contract.

2. At all times hereinafter mentioned, Plaintiff DU PONANT was and still is a foreign corporation organized and existing under the laws of the Republic of France.

3. Defendant CHAMPION, upon information and belief, is a corporation organized and existing under the laws of the District of Colombia, is authorized to do business in Florida, and has or had a principal business address at Wilton Manors, Florida.

4. Venue is proper in this District as the cause of action involves a maritime contract that was breached in Miami-Dade County, Florida and the Defendant, CHAMPION, is a corporation

authorized to transact business in Florida with a principal place of business in Broward County, Florida.

5. CHAMPION is subject to personal jurisdiction under Rule 4(k) (2) of the Federal Rules of Civil Procedure.

6. Alternatively, CHAMPION is subject to the personal jurisdiction in the State of Florida pursuant to Florida Statute §48.081, 48.181 and/or 48.193 because it did one or more of the following acts within the State:

   a. Operated, conducted, engaged in or carried on a business venture in the State or had an office or agency in the State;

   b. Engaged in substantial activity within the State; and/or

   c. Breached a contract or obligations in the State that were required to be performed in the State of Florida.

## COUNT I

DU PONANT repeats and realleges the allegations in paragraph 1- 6 herein.

7. On or about February 25, 2009, a voyage charter of the M/V "LE BOREAL" was formalized between DU PONANT, as Shipowner, and CHAMPION, as Charterer, pursuant to a certain Voyage Charter Agreement (the "Agreement"), a copy of which is attached as Exhibit "A." Under this Agreement, CHAMPION agreed to charter from DU PONANT the vessel M/V "LE BOREAL" for a period of eight (8) days and seven (7) nights or from August 16, 2010 to August 23, 2010.

8. Under the terms of the Agreement, CHAMPION agreed to pay the charter hire in the sum of Seven Hundred Seventy Thousand and No/100 Dollars ($770,000.00 USD). CHAMPION confirmed the charter.

9. CHAMPION breached the Agreement by failing and refusing to pay the charter hire. DU PONANT subsequently made demands upon CHAMPION, but to no avail. (See Demand Letter attached as Exhibit "B").

10. CHAMPION has admitted being in default under the Agreement.

11. Pursuant to Article 9 of the Agreement, CHAMPION's default constitutes a breach of the Agreement and as such CHAMPION is liable to DU PONANT in the total amount of $770,000.00 USD.

12. Due to CHAMPION's breach of the Agreement, DU PONANT has been damaged in the amount of $770,000.00 USD.

13. DU PONANT has satisfied all conditions precedent to bring this action and has made its best efforts to mitigate its damages.

WHEREFORE, Plaintiff LA COMPAGNIE DES ILES DU PONANT, moves for entry of judgment in the primary sum of $770,000.00 against Defendant THE CHAMPION-KAIL TRAVEL GROUP, INC., together with prejudgment interest from February 25, 2009, costs and all other relief which this Court deems just and equitable.

## COUNT II

DU PONANT repeats and realleges the allegations in paragraph 1-6 herein.

14. On or about October 10, 2009, a voyage charter of the M/V "LE LEVANT" was formalized between DU PONANT, as Shipowner, and CHAMPION, as Charterer, pursuant to a certain Voyage Charter Agreement (the "Agreement"), a copy of which is attached hereto as Exhibit "C." Under this Agreement, CHAMPION agreed to charter from DU PONANT the vessel M/V "LE LEVANT" for a period of eight (8) days and seven (7) nights, or from December 28, 2009 to January 4, 2010.

15. Under the terms of the Agreement, CHAMPION agreed to pay to DU PONANT charter hire in the sum of Two Hundred Fifty-Two Thousand and No/100 Dollars ($252,000.00 USD).

16. CHAMPION had agreed to sign the Agreement prior to October 10, 2009, but by signing on October 10, 2009, it agreed to be bound by the payment schedule as set forth in CHAMPION's e-mail dated October 15, 2009, a copy of which is attached as Exhibit "D."

17. CHAMPION confirmed the charter.

18. CHAMPION breached the Agreement by failing and refusing to pay the charter hire. DU PONANT subsequently made demands upon CHAMPION, but to no avail. (See Demand Letter attached as Exhibit "B").

19. CHAMPION has admitted being in default under the Agreement.

20. Pursuant to Article 9 of the Agreement CHAMPION is liable to DU PONANT for the total charter hire in the amount of $252,000.00 USD. (A copy of DU PONANT's invoice is attached as Exhibit "E").

21. Due to CHAMPION's breach of the Agreement, DU PONANT has been damaged in the amount of $252,000.00 USD.

22. DU PONANT has satisfied all conditions precedent to bring this action and has made its best efforts to mitigate its damages.

WHEREFORE, Plaintiff LA COMPAGNIE DES ILES DU PONANT moves this Court for entry of a Judgment in its favor in the amount of $252,000.00 against Defendant THE CHAMPION-KAIL TRAVEL GROUP, INC., together with pre-judgment interest from October 10, 2009, costs and any other relief which is deemed just and proper.

Dated: July 8, 2010

Respectfully submitted,

*s/Jan M. Kuylenstierna*
Jan M. Kuylenstierna
Fla. Bar No. 375985

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

[rmm] W:\80784\COMPLA88-Champion Kail .DJF{7/8/10-15:54}